PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Ave., 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
MADELINE CLAIR CANTU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MADELINE CLAIR CANTU <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, [1] <br> Commissioner of Social Security <br><br> Defendant. | Case No. 2:25-cv-01102-SSC <br><br> [proposed] ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 2412(d), 1920 (EAJA) <br><br> Judge: Hon. Stephanie S. Christensen |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA), IT IS ORDERED that EAJA attorney fees in the amount of $8,550.00, and EAJA costs in the amount of $0.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: 8 June 2026 _____

_____
Stephanie S. Christensen
United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).